# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 8, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160034(88)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

SC: 160034
COA: 345268
Saginaw CC: 84-005570-FC

v

ROBIN RICK MANNING,
      Defendant-Appellant.

_____/

On order of the Chief Justice, the motion of the Juvenile Law Center and the American Civil Liberties Union of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on July 2, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 8, 2020



Clerk